Petition for Writ of Injunction Denied and Memorandum Opinion filed May
27, 2004









Petition for Writ of Injunction Denied and Memorandum
Opinion filed May 27, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00469-CV

____________

 

IN RE MARVINELL and GREGORY
HARLAN, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF INJUNCTION

 



 

M E M O R A N D U M   O
P I N I O N

On May 17, 2004, relators
filed a petition for writ of injunction in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  This court has the power to issue a writ of
injunction when necessary to enforce our jurisdiction.  Tex.
Gov=t. Code Ann. ' 22.221(a).

Relators have not met their burden of
establishing that the issuance of a writ of injunction is necessary to enforce
our jurisdiction.  Accordingly, we deny relators= petition for writ of injunction. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed May 27, 2004.

Panel consists of
Justices Fowler, Edelman, and Seymore.